Chris Mone
Plaintiff *in Propria Persona*
83 Windsor Road
Staten Island, NY 10314
917-699-3654
c.mone@aol.com

RECEIVED IN PRO SE OFFICE
MARCH 1, 2022
VIA BOX.COM @11:09PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East, Brooklyn, NY 11201

CHRIS MONE
  PLAINTIFF,
v.

CASE NO. 1:21-cv-06914-DB-LB

NEW YORK STATE
UNIFIED COURT SYSTEM
  DEFENDANT.
_____/

### NOTICE OF MOTION

PLEASE TAKE NOTICE that 45 days from today on April 15, 2022, I shall appear before the Honorable Diane Gujarati or any judge sitting in her stead in the U.S. District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 and shall present the following motion attached hereto: Motion For Entry of Default Judgement.

DATED this 2nd day of March 2022.

_____
Chris Mone, Plaintiff

Chris Mone
Plaintiff *in Propria Persona*
83 Windsor Road
Staten Island, NY 10314
917-699-3654
c.mone@aol.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
225 Cadman Plaza East, Brooklyn, NY 11201

CHRIS MONE
  PLAINTIFF,
v.

CASE NO.  1:21-cv-06914-DB-LB

NEW YORK STATE
UNIFIED COURT SYSTEM
  DEFENDANT.
_____/

**CERTIFICATE OF SERVICE**

    I, Chris Mone, hereby certify that that on this date I caused a copy of the Notice of Motion to be placed in a postage-paid envelope addressed to the defendant's registered agent for the New York State Unified Court System at the address of 20 Eagle Street; Albany, NY 12207 via first class mail on this 2 day of March, 2022.

By: ____

- 2 -